# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3050
_____

JASON PIZZO,

    Appellant,

v.

FLORIDA DEPARTMENT OF
TRANSPORTATION,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

February 5, 2026

PER CURIAM.

    AFFIRMED.

RAY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glenn Burhans, Jr. and Liz Desloge Ellis of Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A., Tallahassee, for Appellant.

Alan Lawson and Jessica Slatten of Lawson Huck Gonzalez, PLLC, Tallahassee, for Appellee.